

FILED

DEC 22 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )
        Plaintiffs,            )    No. 1:07-CR-254 LJO
                               )    ORDER OF RELEASE
   vs.                         )
                               )
ROBERT WARD,                   )
                               )
        Defendant.             )
_____)

The above named defendant ~~having been~~ was sentenced on December 19, 2008, to 16 months custody. has now served the time sentenced, ~~which~~ The court believes that the defendant ~~time is up. If so, the defendant shall be released forthwith.~~

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: Dec 22, 2008

_____
LAWRENCE J. O'NEILL
U.S. District Judge

9/26/96 exonbnd.frm

1